UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT A. HULL,

          Plaintiff,

vs.                        Case No. 2:07-cv-157-FtM-34DNF

UNITED STATES OF AMERICA and UNKNOWN
PARTIES,

          Defendants.
_____/

## ORDER[1]

This matter comes before the Court upon Plaintiff's Objection to Doc. #11 (Doc. #14), Motion for Reconsideration (Doc. #17) and Motion to Reinstate Case (Doc. #18). Plaintiff objects to the Court's April 24, 2007 Order which dismissed, without prejudice, his civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Doc. #1) and asks the Court to reconsider and reinstate this case.

Rule 59(e), Fed. R. Civ. P., affords the Court substantial discretion to reconsider an order which it has entered. See generally Mincey V. Head, 206 F.3d 1106, 1137 (11th Cir. 2000); Sussman v. Salem, Saxon & Nielsen, P.A., 153 F.R.D. 689, 694 (M.D. Fla. 1994). There are three grounds that justify granting a Rule 59 motion: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

or prevent manifest injustice. See <u>Kelley v. Singletary</u>, 238 F.Supp.2d 1325 (S.D. Fla. 2002); <u>Offices Togolais Des Phosphates v. Mulberry Phosphates, Inc.</u>, 62 F. Supp. 2d 1316, 1331 (M.D. Fla. 1999).

Plaintiff's civil rights complaint alleged constitutional violations of medical indifference. The Court dismissed the complaint because Plaintiff had earlier filed an action that sought relief for the same claims. See Case No. 2:07-cv-125-FtM-34SPC. Consequently, the Court dismissed the above captioned action as duplicative. In the instant Motions, Plaintiff states that he is not schooled in the law. Although Plaintiff does not specify upon which of the three grounds he relies in bringing his Motion, the Court finds that Plaintiff has failed to demonstrate any grounds for reconsideration or modification of the Court's April 24, 2007 Order (Doc. #11).

ACCORDINGLY, it is hereby **ORDERED**:

1. Plaintiff's Objection to Order dated April 24, 2007 (Doc. #14) is duly noted.

2. Plaintiff's Motion for Reconsideration (Doc. #17) and Motion to Reinstate Case (Doc. #18) are **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida, on this 16th day of May, 2007.

_/s/ Marcia Morales Howard_
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record